UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:14-00191 |
| ) | JUDGE SHARP |
| ANNETTE H. BRATCHER ) | |
| JEFFREY E. BRATCHER, II ) | |

### O R D E R

Pending before the Court is a Joint Motion to Continue Sentencing Hearings (Docket No. 41) to which the Government does not oppose.

The motion is GRANTED and the sentencing hearings scheduled for November 16, 2015, are hereby rescheduled for January 25, 2016, at 9:30 a.m.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE